People v Booth (2024 NY Slip Op 06354)

People v Booth

2024 NY Slip Op 06354

Decided on December 18, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 18, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

COLLEEN D. DUFFY, J.P.
ROBERT J. MILLER
DEBORAH A. DOWLING
PHILLIP HOM, JJ.

2023-03040
2023-05189

[*1]The People of the State of New York, respondent,
v
Frank S. Booth, appellant. (S.C.I. Nos. 54/22, 55/22)

Margaret M. Walker, Poughkeepsie, NY (Jennifer Burton of counsel), for appellant.
Anthony P. Parisi, District Attorney, Poughkeepsie, NY (Kirsten A. Rappleyea of counsel), for respondent.

DECISION & ORDER
Appeals by the defendant from two judgments of the County Court, Dutchess County (Jessica Z. Segal, J.), both rendered February 27, 2023, convicting him of burglary in the third degree under Superior Court Information No. 54/22, and grand larceny in the third degree under Superior Court Information No. 55/22, upon his pleas of guilty, and imposing sentences.
ORDERED that the judgments are affirmed.
The defendant was convicted of burglary in the third degree under Superior Court Information No. 54/22, and grand larceny in the third degree under Superior Court Information No. 55/22, upon his pleas of guilty, and was sentenced as a second felony offender to indeterminate terms of imprisonment of 3½ to 7 years on both convictions, with the sentence imposed on the conviction under Superior Court Information No. 55/22 to run consecutively to the sentence imposed on the conviction under Superior Court Information No. 54/22.
Contrary to the defendant's contention, the sentences imposed were not harsh or excessive (see People v Suitte , 90 AD2d 80, 84-89).
DUFFY, J.P., MILLER, DOWLING and HOM, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court